**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL PAYNE,** )<br><br>                        **Plaintiff,** )<br><br>**v.** )<br><br>**P.O. JOHN DOE, individually,** )<br><br>                        **Defendants.** ) | **Case No.**<br><br>**Judge**<br><br>**Magistrate Judge**<br><br>**JURY DEMAND** |

## COMPLAINT

NOW COMES the Plaintiff, MICHAEL PAYNE, by and through his attorneys, Gregory E. Kulis & Associates, Ltd. and complaining against the Defendant, P.O. JOHN DOE ("Defendant-Officer"), as follows:

## COUNT I – EXCESSIVE FORCE

1.      This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, MICHAEL PAYNE, accomplished by acts and/or omissions of Defendant, P.O. JOHN DOE, committed under color of law.

2.      Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3.      The Plaintiff, MICHAEL PAYNE, was at all relevant times, a resident of the State of Illinois.

4.      At all relevant times, Defendant, P.O. JOHN DOE was a duly appointed Chicago Police Officer acting within the scope of his employment and under color of law.

5.      On or about August 21, 2021, the plaintiff, MICHAEL PAYNE, was driving a motor bike in the vicinity of 98th and Wentworth in Chicago, Illinois.

1

6.     The Plaintiff was not committing any crime or breaking any laws.

7.     The Defendant, P.O. JOHN DOE attempted to stop the Plaintiff.

8.     There was no felony action being committed that required a high speed chase or use of force.

9.     The Defendant-Officer, P.O. JOHN DOE, seized the Plaintiff MICHAEL PAYNE and placed him into custody.

10.    The Plaintiff was still not committing any crimes or breaking any laws.

11.    The force used against the Plaintiff, MICHAEL PAYNE, was excessive.

12.    The force used was unprovoked and unreasonable.

13.    As a result, the Plaintiff was injured.

14.    At all relevant times, P.O. JOHN DOE were acting pursuant to the customs and policies of the Chicago Police Department.

15.    The actions of P.O. JOHN DOE were intentional, willful and with malice.

16.    Said actions of the Defendant-Officer violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

17.    As a direct and proximate consequence of said conduct of the Defendant, P.O. JOHN DOE, the Plaintiff, MICHAEL PAYNE suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering and future pain and suffering.

**WHEREFORE**, the Plaintiff, MICHAEL PAYNE, prays for judgment in his favor and against the Defendants, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT II – FALSE ARREST

1-15.   The Plaintiff, MICHAEL PAYNE, hereby realleges and incorporates his allegations

2

of paragraphs 1-15 of Count I as his respective allegations of paragraphs 1-15 of Count II as though fully set forth herein.

16.     To cover up his unlawful use of force, the Defendant, P.O. JOHN DOE, arrested and handcuffed the Plaintiff.

17.     There were no facts to support probable cause to arrest the Plaintiff.

18.     The Plaintiff said he needed medical attention.

19.     The Plaintiff was told he could either go to the hospital or jail.

20.     The Plaintiff was ultimately released.

21.     At all relevant times, the Defendant-Officer, was acting pursuant to the customs and policies of the Chicago Police Department.

22.     The actions of the Defendant-Officer was intentional, willful and with malice.

22.     Said actions of the Defendant, P.O. JOHN DOE, violated the Plaintiff, MICHAEL PAYNE's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. § 1983.

23.      As a direct and proximate consequence of said conduct of the Defendants, P.O. JOHN DOE, the Plaintiff, MICHAEL PAYNE, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering and future pain and suffering.

**WHEREFORE**, the Plaintiff, MICHAEL PAYNE, prays for judgment in his favor and against the Defendant, P.O. JOHN DOE, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

## JURY DEMAND

The Plaintiff, MICHAEL PAYNE hereby requests a trial by jury.

Respectfully submitted,

/s/ *Gregory E. Kulis*
Gregory E. Kulis

3

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**
**service@kulislawltd.com**